

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MISTY NICOLE MARCUM, Defendant. | CR 16-99-BLG-SPW<br><br>ORDER RESETTING CHANGE OF PLEA HEARING |
|---|---|

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Wednesday, October 18, 2017 at 10:30 a.m. is **VACATED.**

IT IS FURTHER ORDERED that the change of plea hearing is reset for **Tuesday, October 24, 2017 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider Defendant's motion to change his plea of not guilty to a plea of guilty. The time between September 27, 2017 and October 24, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(7)(A).

Any plea agreement reached by the parties shall be filed with this Court by

1

October 23, 2017.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 17th day of October, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE