FILED

JAN 20 2020

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISTY NICOLE MARCUM,<br><br>Defendant. | CR 16-99-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, MISTY NICOLE MARCUM is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of February, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1